## LOMAX and Others *v.* STRANGE.

APPEAL from the *Grant* Court of Common Pleas.

*Per Curiam.*—Suit by the appellee against the appellants on a note, and judgment by default. The errors assigned will not be noticed, as no steps were taken in the Court below for the purpose of correcting them. This should have been done if errors were committed, as has frequently been decided at the present term of this Court.

The appeal is dismissed with costs.

*I. Van Devanter* and *J. F. McDowell*, for the appellants.